Appendix A
United States Courts Southern District of Texas
FILED
*March 05, 2021*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
__Houston__ DIVISION

Roderick E. Kirk §
§
versus § CIVIL ACTION NO. _____
§
Fashion Nova §
12589 Lakeland Rd §
Santa Fe Springs, CA. 90670 §

### EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: __Roderick E. Kirk__
   Address: __16170 Westpark Dr #304__
   __Houston, TX. 77082__
   County of Residence: __Harris__

3. The defendant is: __Fashion Nova__
   Address: __12589 Lakeland Rd__
   __Santa Fe Springs, CA 90670__

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on _____ with the Equal Opportunity Commission.

5. On the date of _____, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

    (a) ☐ race

    (b) ☐ color

    (c) ☐ sex

    (d) ☐ religion

    (e) ☐ national orgin,

the defendant has:

    (a) ☐ failed to employ the plaintiff

    (b) ☐ terminated the plaintiff's employment

    (c) ☐ failed to promote the plaintiff

    (d) ☑ other: FashionNova discriminated against Mr. Roderick E Kirk because of my temporary status as an employee.

7. When and how the defendant has discriminated against the plaintiff:

On the said date of December 1, 2020 - December 8, 2020 FashionNova discriminated against me Roderick E Kirk to create a hassardous work environment.

8. The plaintiff requests that the defendant be ordered:

    (a) ☑ to stop discriminating against the plaintiff

    (b) ☐ to employ the plaintiff

    (c) ☐ to re-employ the plaintiff

    (d) ☐ to promote the plaintiff

(e) ☐ to _____

_____

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

*Roderick E. Kirk*
(Signature of Plaintiff)

Address: 16170 Westpark Dr #304
Houston, Tx 77082

Telephone: (213) 567-1757

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Roderick E. Kirk

versus

Fashion Nova
12589 Lakeland Rd
Santa Fe Springs, CA
90670

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

I Roderick E. Kirk the plaintiff make my complaint against Fashion Nova. When I worked for Fashion Nova from December 1, 2020 to December 8, 2020 through a temporary company Fashion Nova created a very hazzardous, dangerous and unsafe work environment. My life was threatened inside their facility and pursued outside their facility by those who operated the system that was in place. I was told to wear mask wash my hands and practice social distences and I did that but Fashion Nova had another side to their system to where they would isolate only the temp worker then you would not see them anymore. Well Fashion Nova did the same to me but I did not fall by their unlawful practice. I beat their system that night on December 8, 2020 and left their facility mentally and emotionally battered.

Fashion Nova Corporation, men or Should I say the men who operated their system came after me, they chased me all the way to Santa Monica California where I had to hide behind store dumpsters, on the beach and in all kind of places for 3 days fearing for my life. I went to the Santa Monica police station but they were not letting anyone in due to the pandemic so I was on my own with no help except my folks back here. I charge Fashsion Nova with crossing all lines of trust because when I go to work for a company I never would think that they would work you for a week then try to kill you. That's not the American way. I charge Fashion Nova with fraud because they lued the public in with a high wage especially temp workers never intending to pay them. I charge Fashion Nova with attemped murder, pain and suffering, injustice, discrimination, mental and physical

damage and a unlawful practice. I also charge Fashion Nova with a violation of all labor laws. I have nightmares and I'm very not at ease with this situation. I know when I worked there that there were laws concerning the pandemic the thing is is that Fashion Nova did not have any testing at all.

I'm looking for Justice in this Country. I am an American if you check the records every time I crossed the line I paid my debt to society. I am seeking compensation because I can no longer work for any company due to what FashionNova has done to me. In my case there has been a total breach of trust. My work was all I had left, and now even that has been taken away from me. The pain and suffering is worst than anything I've been through. I Am seeking Justice for me and my family.

### My Prayer:

Father God let justice come, for we know that through justice comes all other gifts, such as faith, hope, and love. Without justice these doors are closed. Not my will but Your will be done. Amen †

Due to the ~~situation~~ ~~I may~~ ~~with~~ ~~not~~ ~~any~~ Company ever again I'm seeking the full potiental of my capability for the next ten years. The full potiental of any man ~~of~~ in America is 2.5 million dollars per year but only 2% of the American population ever get there. And I would like to see FashionNova purchase and distribute 200 thousand vaccines for the American public. To join the fight to save lives instead of taking them.

Roderich Kirk †